UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 5601

| | |
|---|---|
| ICOS Vision Systems Corporation N.V. and ICOS Vision Systems Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Scanner Technologies Corporation,<br><br>Defendant. | Civil Action No.<br><br><br><br>RULE 7.1 STATEMENT |

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR PLAINTIFFS ICOS VISION SYSTEMS CORPORATION N.V. AND ICOS VISION SYSTEMS INC. (NON-GOVERNMENTAL CORPORATE PARTIES) CERTIFIES THAT THE FOLLOWING ARE PARENT CORPORATIONS OR PUBLICLY HELD CORPORATIONS THAT OWN 10% OR MORE OF THEIR STOCK:

ICOS VISION SYSTEMS INC. is owned by ICOS VISION SYSTEMS CORPORATION N.V., its parent corporation; and ICOS VISION SYSTEMS CORPORATION N.V. is owned by KLA - TENCOR, its parent corporation.

Dated: New York, New York
       June 20, 2008

Respectfully submitted,

By: _____
Robert M. Kunstadt (RK-7230)
Ilaria Maggioni (IM-7220)
R. KUNSTADT, P.C.
875 Sixth Avenue
New York, New York 10001
(212) 398-8881

Counsel for Plaintiffs